Taylor,
 
 Judge.
 

 If a Judge gives an opinion and afterwards discovers a mistake, he should rectify it as early as possible, If
 
 3.
 
 nonsuit has taken place in consequence of it, he should set it aside. I think the act of congress was not intended to prescribe on? mode only of authentication in exclusion of all
 
 others;
 
 such as were before used in the courts of this state, may be still used. It is better therefore to submit this case to further consideration. At the next term another Judge will be here, and the same question may be made before him as is now agitated. It seems to me the same evidence as would be sufficient, were this causa on trial in Virginia, should he received here. The argument opposed to this is, that no imposition could take place in Virginia, because there the Judges know what the law is ; but that bore a spurious book might be offered, or a law which is repealed, T he answer is s should such an attempt be made, it is almost impossible but that the imposition attempted would be suspected befoi e it could be effected, and the proceedings would be suspended till further enquiry could be made. The bare possibility of such a mischief is no way comparable to that
 
 of
 
 sending the parties to Virginia in every case to get a certified copy whenever a law of Virginia is to be produced ; when at the same time the court has every reasonable assurance that the law is contained in the printed book, it being printed by the public printer, and being a counterpart of the books used in Virginia, to shew their laws.
 

 Nonsuit set asid.Cc